**SHA-1 Hash:** 54F2C047DD097C5DC94145C6C2B98D4AEB9780F7    **Title:** Big Wet Asses #21
**Rights Owner:** Patrick Collins

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 174.57.155.157 | 6/30/2012 9:24 | Point Pleasant Beach | NJ | Comcast Cable | BitTorrent |
| 2 | 68.34.252.111 | 7/1/2012 10:47 | Washington | NJ | Comcast Cable | BitTorrent |
| 3 | 68.36.116.217 | 6/28/2012 11:18 | Gloucester City | NJ | Comcast Cable | BitTorrent |
| 4 | 68.36.167.14 | 6/24/2012 0:25 | Monroe Township | NJ | Comcast Cable | BitTorrent |
| 5 | 68.37.23.228 | 6/29/2012 18:16 | Rahway | NJ | Comcast Cable | BitTorrent |
| 6 | 68.38.187.156 | 7/1/2012 17:46 | Hightstown | NJ | Comcast Cable | BitTorrent |
| 7 | 68.44.148.246 | 6/27/2012 14:42 | Absecon | NJ | Comcast Cable | BitTorrent |
| 8 | 68.44.21.151 | 6/29/2012 7:32 | East Brunswick | NJ | Comcast Cable | BitTorrent |
| 9 | 69.141.253.196 | 7/4/2012 4:27 | Trenton | NJ | Comcast Cable | BitTorrent |
| 10 | 69.248.92.79 | 7/5/2012 4:42 | East Brunswick | NJ | Comcast Cable | BitTorrent |
| 11 | 69.248.93.194 | 6/25/2012 3:15 | East Brunswick | NJ | Comcast Cable | BitTorrent |
| 12 | 76.116.6.32 | 7/3/2012 16:18 | Willingboro | NJ | Comcast Cable | BitTorrent |
| 13 | 173.3.20.53 | 7/4/2012 14:19 | Morris Plains | NJ | Optimum Online | BitTorrent |
| 14 | 24.185.12.82 | 6/24/2012 23:25 | Hasbrouck Heights | NJ | Optimum Online | BitTorrent |
| 15 | 24.189.14.147 | 7/4/2012 5:08 | Somerville | NJ | Optimum Online | BitTorrent |
| 16 | 24.44.24.170 | 6/30/2012 4:13 | Bayonne | NJ | Optimum Online | BitTorrent |
| 17 | 67.82.225.152 | 6/26/2012 10:05 | Newark | NJ | Optimum Online | BitTorrent |
| 18 | 67.84.32.221 | 6/25/2012 3:06 | Elizabeth | NJ | Optimum Online | BitTorrent |
| 19 | 69.112.36.97 | 6/29/2012 21:44 | West New York | NJ | Optimum Online | BitTorrent |
| 20 | 69.113.111.208 | 7/1/2012 1:25 | Garfield | NJ | Optimum Online | BitTorrent |
| 21 | 69.113.150.127 | 6/25/2012 0:10 | Mahwah | NJ | Optimum Online | BitTorrent |
| 22 | 69.115.81.251 | 6/24/2012 16:49 | Elizabeth | NJ | Optimum Online | BitTorrent |

EXHIBIT A

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 23 | 69.121.225.119 | 6/29/2012 10:48 | Paterson | NJ | Optimum Online | BitTorrent |
| 24 | 69.121.253.155 | 6/30/2012 23:28 | Piscataway | NJ | Optimum Online | BitTorrent |
| 25 | 69.125.189.142 | 6/25/2012 11:54 | Paramus | NJ | Optimum Online | BitTorrent |
| 26 | 69.126.97.73 | 6/28/2012 16:17 | Englishtown | NJ | Optimum Online | BitTorrent |
| 27 | 69.127.111.58 | 6/30/2012 18:47 | Lakewood | NJ | Optimum Online | BitTorrent |
| 28 | 69.127.125.119 | 6/25/2012 5:18 | Elizabeth | NJ | Optimum Online | BitTorrent |
| 29 | 184.152.101.61 | 6/28/2012 10:10 | Englewood | NJ | Road Runner | BitTorrent |
| 30 | 24.164.144.147 | 6/30/2012 13:23 | Carteret | NJ | Road Runner | BitTorrent |
| 31 | 108.35.31.232 | 6/24/2012 16:52 | Jersey City | NJ | Verizon Internet Services | BitTorrent |
| 32 | 108.53.24.78 | 7/3/2012 12:36 | Perth Amboy | NJ | Verizon Internet Services | BitTorrent |
| 33 | 173.70.132.75 | 7/4/2012 5:32 | South Orange | NJ | Verizon Internet Services | BitTorrent |
| 34 | 173.71.96.120 | 7/2/2012 19:46 | Trenton | NJ | Verizon Internet Services | BitTorrent |
| 35 | 173.72.37.247 | 6/25/2012 10:14 | Salem | NJ | Verizon Internet Services | BitTorrent |
| 36 | 71.187.171.222 | 6/29/2012 0:19 | Perth Amboy | NJ | Verizon Internet Services | BitTorrent |
| 37 | 71.187.248.82 | 6/27/2012 7:08 | Union City | NJ | Verizon Internet Services | BitTorrent |
| 38 | 71.187.57.84 | 6/27/2012 7:13 | Union | NJ | Verizon Internet Services | BitTorrent |
| 39 | 71.188.28.154 | 7/3/2012 3:09 | Somerdale | NJ | Verizon Internet Services | BitTorrent |
| 40 | 96.242.140.145 | 6/30/2012 1:56 | West Orange | NJ | Verizon Internet Services | BitTorrent |
| 41 | 98.110.49.5 | 6/29/2012 9:41 | Woodbury | NJ | Verizon Internet Services | BitTorrent |

EXHIBIT A

CNJ14